```
                    FILED
              US DISTRICT COURT
              DISTRICT OF NEBRASKA
                  NOV - 4 2016
              OFFICE OF THE CLERK
```

# UNITED STATES DISTRICT COURT
*District of Nebraska*
## APPLICATION FOR ADMISSION TO PRACTICE
$176.00[1]

Provide case number if admission requested by court: __8:16-cv-00487-LSC-FG3__
Appearing on behalf of: __Plaintiffs__

I, __Brian O. Marty__, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of __Iowa__ and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

__AT0011622__
(Bar Code or Number, if applicable)

__Shindler, Anderson, Goplerud & Weese PC__ (Law Firm or Federal Agency)
__5015 Grand Ridge Drive, Suite 100__ (Mailing Address)
__West Des Moines, IA 50265__ (City, State, Zip)
__P: 515-223-4567; F: 515-223-8887__ (Telephone/Fax Number)

I, __Brian O. Marty__, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this __31st__ day of __October__, 20__16__.

_/s/ Brian Marty_
(Signature of Applicant)
(Original signature required when submitted in paper)

====================================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska.

DATED this __4th__ day of __November__, 20__16__.

_/s/_
(Deputy Clerk)

Last update 06/06/16

__11/7/2016 mailed__

[1] The $176.00 filing fee is waived for federal agency attorneys.

ECF