# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONTINENTAL GENERAL LIFE INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC. and CIGNA CORPORATION <br><br> Defendants. | Case No. 8:16-cv-487 <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND** |

Defendants, Continental General Life Insurance Company, Great American Financial Resources, Inc. (improperly named as Great American Financial Resource, Inc.), and American Financial Group, Inc., each move the Court for an extension of time until January 13, 2017, in which to answer or otherwise respond to the Complaint. In support, Defendants state that this motion is made before the Defendants' original answer date, that this is the Defendants' first request for an extension, and that counsel for Plaintiffs has authorized the undersigned to state that Plaintiffs do not oppose the request.

Dated this 5th day of December, 2016.

                CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., and AMERICAN FINANCIAL GROUP, INC., Defendants.

By: /s/Steven D. Davidson
Steven D. Davidson (#18684)
of: BAIRD HOLM LLP
1700 Farnam Street
Suite 1500
Omaha, Nebraska 68102
(402) 344-0500
sdavidson@bairdholm.com
Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2016, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Alan Rosca
arosca@prwlegal.com

J Barton Goplerud
goplerud@sagwlaw.com

Brian O. Marty
marty@sagwlaw.com

                /s/Steven D. Davidson

DOCS/1787037.1