IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NERASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC.,<br><br>  Plaintiffs,<br><br>v.<br><br>CONTINENTAL GENERAL LIFE INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC., and CIGNA CORPORATION,<br><br>  Defendants. | Case No. 8:16-CV-00487-LSC-FG3<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

Defendant Cigna Corporation ("Cigna"), pursuant to Fed. R. Civ. P. 6(b)(1)(A) and 7(b) and NECivR 7.1(a)(1)(B), hereby moves this Court for an order granting an extension of time until January 13, 2017, in which to answer or otherwise respond to Plaintiffs John Fastrich and Universal Investment Services, Inc.'s ("Plaintiffs") Class Action Complaint and Jury Demand ("Complaint") in the above-captioned matter. In support of this Motion, Cigna states as follows:

1. Plaintiffs filed the Complaint on October 26, 2016 and served Cigna with the Complaint on November 22, 2016.

2. Pursuant to Federal Civil Rule of Procedure 12(a)(1)(A), the deadline for Cigna to answer or otherwise respond to the Complaint is December 13, 2016.

3. This Motion is made before Cigna's deadline to answer or otherwise respond to the Complaint.

4. This Motion is Cigna's first request for an extension of time.

5. Cigna's counsel conferred with Plaintiffs' counsel on December 5, 2016, and Plaintiffs do not oppose the relief sought in this Motion.

WHEREFORE, Cigna respectfully requests this Court enter an order granting this Unopposed Motion for Extension of Time and extending Cigna's deadline to answer or otherwise respond to the Complaint from December 13, 2016 to January 13, 2017.

Dated this 9th day of December, 2016.

CIGNA CORPORATION, Defendant

By: /s/ Bartholomew L. McLeay
Bartholomew L. McLeay, #17746
Paul Gwilt, #22660
Brooke H. McCarthy, #25077
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
Telephone: (402) 346-6000
Facsimile: (402) 346-1148
Email: bart.mcleay@kutakrock.com
Email: paul.gwilt@kutakrock.com
Email: brooke.mccarthy@kutakrock.com

John J. Hamill (pro hac vice forthcoming)
Joseph A. Roselius (pro hac vice forthcoming)
Mikiko Thelwell (pro hac vice forthcoming)
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
Telephone: (312) 368-4000
Email: john.hamill@dlapiper.com
Email: joseph.roselius@dlapiper.com
Email: mikiko.thelwell@dlapiper.com

## CERTIFICATE OF SERVICE

    I hereby certify that on December 9, 2016, the undersigned electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Alan Rosca, Esq.<br>arosca@prwlegal.com | Steven D. Davidson, Esq.<br>sdavidson@bairdholm.com |
| J Barton Goplerud, Esq.<br>goplerud@sagwlaw.com | *Counsel for Defendants Continental General Life Insurance Company, Great American Financial Resource, Inc., and American Financial Group, Inc.* |
| Brian O. Marty, Esq.<br>marty@sagwlaw.com | |
| *Counsel for Plaintiffs* | |

                                      */s/ Bartholomew L. McLeay*
                                      Bartholomew L. McLeay