UNITED STATES DISTRICT COURT
*District of Nebraska*

APPLICATION FOR ADMISSION PRO HAC VICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2016 DEC 15 PM 3:33
OFFICE OF THE CLERK

John Fastrich and Universal Investment Services, Inc.,

    Plaintiffs,

v.

Continental General Life Insurance Company, Great American Financial Resource, Inc., American Financial Group, Inc. and Cigna Corporation,

    Defendants.

Case No: 8:16-cv-487

Appearing on behalf of: Cigna Corporation

I, John Hamill, do hereby certify that I have been enrolled as a member of the Bar of the Supreme Court of Illinois and I now desire to be enrolled as a member of the Bar of the United States District Court for the District of Nebraska.

6217530
(Bar Code or Number, if applicable)

DLA Piper LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-7036 / (312) 251-5809

(Law Firm or Federal Agency)
(Mailing Address)
(City, State, Zip)
(Telephone/Fax Number)

I, John Hamill, swear, affirm, or acknowledge that as an officer of the United States District Court for the District of Nebraska, I will demean myself faithfully, uprightly, and according to law; and that I will support, uphold, and defend the Constitution of the United States of America.

DATED this 9th day of December, 2016.

_____
(Signature of Applicant)
(Original signature required when submitted in paper)

==================================================

IT IS ORDERED: Applicant is hereby admitted to practice as an attorney and counselor at law in the United States District Court for the District of Nebraska **for this case only.**

DATED this 15 day of December, 2016.

_____
(Deputy Clerk)

RECEIVED
DEC 15 2016
CLERK
U.S. DISTRICT COURT

COPIES MAILED ON 12/15/16

Last update 06/06/16

ECF