IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC., <br><br>　　Plaintiffs, <br><br>v. <br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC., and CIGNA CORPORATION, <br><br>　　Defendants. | Case No. 8:16-CV-00487-LSC-FG3 <br><br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

　　Plaintiffs, through undersigned counsel, and Defendants, through their respective undersigned counsel, have agreed to an additional extension of time to answer or further plead from the current extended deadline of January 13, 2017. The parties stipulate to additional extensions as follows:

　　1.　　Defendants who intend to file motions under Fed. R. Civ. P. 12 shall have an additional forty-five (45) days or until February 27, 2017 to file motions and accompanying briefs. To the extent possible, the motions shall be joint motions, except for Defendant specific matters. Plaintiffs may respond to all such motions in one brief due forty-five (45) days from the date of the last filed motion and accompanying brief. Defendants will not oppose Plaintiffs' motion to exceed page limit, if any, in filing a single response to Defendants' motions.

　　2.　　Defendants who intend to file answers shall have an additional thirty (30) days or until February 9, 2017 to file those answers.

　　3.　　The parties request the Court to approve this Stipulation and enter an appropriate Order, a proposal for which is attached as Exhibit "A".

　　Dated this 13th day of January, 2017.

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC., Plaintiffs | GREAT AMERICAN FINANCIAL RESOURCES, INC., and AMERICAN FINANCIAL GROUP, INC., Defendants |

By: s/ Alan L. Rosca
Alan L. Rosca
Peiffer Rosca Wolf Abdullah Carr & Kane LLP
1422 Euclid Avenue, Suite 1610
Cleveland, OH 44115
(216) 570-0097
arosca@prwlegal.com
Attorneys for Plaintiffs


By: s/ J. BartonGoplerud
J. Barton Goplerud
Brian O. Marty
SHINDLER ANDERSON GOPLERUD & WEESE, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
(515) 223-4567
goplerud@sagwlaw.com
marty@sagwlaw.com
Attorneys for Plaintiffs

CONTINENTAL GENERAL INSURANCE COMPANY, Defendant


By: s/ Edward D.Hotz
Edward D. Hotz
PANSING HOGAN ERNST & BACHMAN LLP
10250 Regency Circle, Suite 300
Omaha, NE 68114
(402) 397-5500
ehotz@pheblaw.com
Attorneys for Defendant Continental General Insurance Company

By: s/ James R. Matthews
James R. Matthews
KEATING MUETHING & KLEKAMP PPL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
(513) 579-6507
jmatthews@kmklaw.com
Attorneys for Defendants Great American Financial Resources, Inc. and American Financial Group, Inc.


CIGNA CORPORATION, Defendant


By: s/ Bartholomew L. McLeay
Bartholomew L. McLeay
Paul R. Gwilt
Brooke H. McCarthy
KUTAK ROCK LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
bart.mcleay@kutakrock.com
paul.gwilt@kutakrock.com
brooke.mccarthy@kutakrock.com


By: s/ John J. Hamill
John J. Hamill
Joseph A. Roselius
Mikiko Thelwell
DLA PIPER LLP (US)
203 North LaSalle Street, Suite 1900
Chicago, IL 60601
(312) 368-4000
john.hamill@dlapiper.com
joseph.roselius@dlapiper.com
mikiko.thelwell@dlapiper.com
Attorneys for Defendant Cigna Corporation

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC., and CIGNA CORPORATION,<br><br>Defendants. | Case No. 8:16-CV-00487-LSC-FG3<br><br><br>ORDER |

The Court is presented with a Stipulation of all parties and their respective counsel. The Court approves the Stipulation of the parties and orders that the time to answer for Defendants who intend to motions under Fed. R. Civ. P. 12 shall be extended for an additional forty-five (45) days or until February 27, 2017 to file motions and supporting briefs. To the extent possible, the motions shall be joint motions, except for Defendant specific matters. Plaintiffs may respond to all such motions in one brief due forty-five (45) days from the date of the last filed motion and accompanying brief. Defendants will not oppose Plaintiffs' motion to exceed page limit, if any, in filing a single response to Defendants' motions.

Defendants who intend to file answers shall have an additional thirty (30) days or until February 9, 2017 to file those answers.

DATED this _____ day of January, 2017.

BY THE COURT:

_____
MAGISTRATE JUDGE F.A. GOSSETT

EXHIBIT "A"