**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**
**OFFICE OF THE CLERK**
[www.ned.uscourts.gov](www.ned.uscourts.gov)

**Denise M. Lucks**
**Clerk of Court**

**Gabriela Acosta**
**Chief Deputy Clerk**

January 24, 2017

Brian P. Muething
KEATING, MUETHING LAW FIRM
One East Fourth Street
Suite 1400
Cincinnati, OH   45202

RE:   Case No.   8:16CV487
      Fastrich et al v. Continental General Insurance Company et al

Dear Counsel:

Our records indicate that you are an attorney of record in the above-referenced case, which is managed on the Case Management/Electronic Case Files (CM/ECF) system of the U.S. District Court for the District of Nebraska.

Our records indicate that you have not:

    Registered for admission to practice in this court, as required by NEGenR 1.7(d) or (f).

X    Registered for the System, as required by the NEGenR 1.3(a) and NEGenR 1.3(b)(1).

    Paid the 2015/2016 biennial attorney assessment fee, as required by NEGenR 1.7(h).

The necessary form(s) is/are attached for your use in complying with this request.   If the requested action is not taken within 15 days of the date of this letter, this matter will be referred to the assigned magistrate judge for the entry of a show cause order.   If you have already submitted the forms or taken the action required above, please disregard this letter.   If you have any questions or concerns, please do not hesitate to contact our office.

        Sincerely,

        s/   Kristy Furey
        Deputy Clerk

Enclosures

Forms-Attorney_Letter
Approved: February 25, 2008

111 South 18th Plaza, Suite 1152, Omaha, NE 68102-1322

Omaha: (402) 661-7350 | Fax: (402) 661-7387 | Toll Free: (866) 220-4381
Lincoln: (402) 437-1900 | Fax: (402) 437-1911 | Toll Free: (866) 220-4379

United States District Court
District of Nebraska

# ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM
# PLEASE TYPE

This form shall be used to register for accounts on the court's Case Management/Electronic Case Files (CM/ECF) system. The Special Mailing Group (SMG) will have privileges to view and retrieve electronic docket sheets and documents on the CM/ECF system.   The following information is required for registration:

First/Middle/Last Name:_____

Login Requested (Must be 6 characters, using only lower case letters and numbers.):_____

Business Name (If Applicable):_____

Business/Home Address:_____

_____

Voice Phone Number:_____

FAX Phone Number:_____

Internet E-Mail Address:_____

Additional E-Mail Address:_____

By submitting this registration form, the undersigned agrees to abide by the following rules:

1. The system is for use only in cases designated by the U.S. District Court for the District of Nebraska.   The system may be used to view electronic documents, docket sheets, and notices.

2. A user accesses court information via the court's Internet site or through the Public Access to Court Electronic Records ("PACER") Service Center.   Although the court manages the procedures for electronic filing, all electronic public access to case file documents occurs through PACER.   A PACER login is required in addition to the password issued by the court. To register for PACER, a user must complete the online form or submit a registration form, available on the PACER web site (http://pacer.psc.uscourts.gov).

3. I consent to entry of my e-mail address into the court's CM/ECF mass e-mailing system.   I also agree to abide by the court's rules and procedures as set forth on the court's Web site at http://www.ned.uscourts.gov/attorney/local-rules.   I also acknowledge that I am not guaranteed anything by registering for a SMG account.

Please return to:   U.S. District Court
District of Nebraska
Attn: ECF Registration
111 South 18th Plaza, Suite 1152
Omaha, NE 68102-1322

_____          _____
Date                                                                        Participant Signature

Your login and password will be sent to you by e-mail to the Internet E-mail Address listed above.