IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCES, INC., AMERICAN FINANCIAL GROUP, INC. and CIGNA CORPORATION, <br><br>Defendants. | CASE NO. 8:16CV487 |

**DEFENDANTS' JOINT RULE 12(B)(6)**
**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants Continental General Insurance Company, Great American Financial Resources, Inc., American Financial Group, Inc., and Cigna Corporation ("Defendants"), by their respective attorneys, hereby each move this Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss the Plaintiffs' Complaint for failure to state a claim upon which relief can be granted.

The Defendants each move the Court for an order dismissing the Plaintiffs' Complaint as to them because, among other things: (i) the Complaint fails to plead the basic elements of breach of contract, including the nature of the contractual terms and the manner in which they were breached by the Defendants; (ii) the Plaintiffs' alleged damages are impermissibly speculative; (iii) the Complaint fails to allege that the Defendants wrongfully induced a third party to breach a contract with the Plaintiffs, as required to state a tortious interference claim; (iv) the alleged existence of a contract between the parties defeats the Plaintiffs' unjust

enrichment claim; and (v) punitive damages, attorneys' fees, and litigation costs are not recoverable under longstanding Nebraska law.

In accordance with NECivR 7.1(a)(1)(A), the Defendants have submitted (i) a joint brief in support of this motion as well as (ii) limited individual supplemental briefs regarding certain defendant-specific issues.

WHEREFORE, the Defendants respectfully request that this Court enter an order dismissing the Plaintiffs' Complaint with prejudice and granting such other and further relief as the Court deems just and equitable.

Dated: February 27, 2017

CONTINENTAL GENERAL INSURANCE COMPANY

By: /s/ Edward D. Hotz

Edward D. Hotz (#11927)
Pansing, Hogan Ernst & Bachman LLP
10250 Regency Circle Suite 300
Omaha , NE 68114-3728
E ehotz@pheblaw.com

Respectfully submitted,

GREAT AMERICAN FINANCIAL RESOURCES, INC., and AMERICAN FINANCIAL GROUP, INC.

By: /s/ Brian P. Muething

James R. Matthews (admitted pro hac vice)
Brian P. Muething (admitted pro hac vice)
Keating Muething & Klekamp PPL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
E jmatthews@kmklaw.com
E bmuething@kmklaw.com

James G. Powers
Patrick E. Brookhouser, Jr.
McGrath North Mullin & Kratz, PC LLP
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
E jpowers@mcgrathnorth.com
E pbrookhouser@mcgrathnorth.com

CIGNA CORPORATION

By: /s/ Bartholomew L. McLeay

John J. Hamill (admitted pro hac vice)
Joseph A. Roselius (admitted pro hac vice)
Mikiko A. Thelwell (admitted pro hac vice)
DLA Piper LLP (US)
203 North LaSalle, Suite 1900
Chicago, Illinois 60601
T 312.368.4000
E john.hamill@dlapiper.com
E joseph.roselius@dlapiper.com
E mikiko.thelwell@dlapiper.com

Bartholomew L. McLeay, #17746
Brooke H. McCarthy, #25077
Kutak Rock LLP
1650 Farnam Street
The Omaha Building
Omaha, Nebraska  68102-2186
T 402.231.8775
E bart.mcleay@kutakrock.com
E brooke.mccarthy@kutakrock.com

## CERTIFICATE OF SERVICE

I, Bartholomew L. McLeay, an attorney, hereby certify that on February 27, 2017, I caused copies of the foregoing **Defendants' Joint Rule 12(B)(6) Motion to Dismiss Plaintiffs' Complaint** to be filed with the Court's CM/ECF system, which will cause service on the following:

Alan Rosca
Peiffer, Rosca, Wolf, Abdullah, Carr & Kane
1422 Euclid Avenue, Suite 1610
Cleveland, OH 44115
E arosca@prwlegal.com

J. Barton Goplerud
Brian O. Marty
Shindler Anderson Goplerud & Weese P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
E goplerud@sagwlaw.com
E marty@sagwlaw.com

Stephen D. Marso
Whitfield & Eddy, PLC
699 Walnut Street, Suite 2000
Des Moines, IA 50309
E marso@whitfieldlaw.com

*Counsel for Plaintiffs*

Edward D. Hotz
Pansing, Hogan Ernst & Bachman LLP
10250 Regency Circle Suite 300
Omaha , NE 68114-3728
E ehotz@pheblaw.com

*Counsel for Continental General Insurance Company*

James R. Matthews
Brian P. Muething
Keating Muething & Klekamp PPL
One East Fourth Street, Suite 1400
Cincinnati, OH 45202
E jmatthews@kmklaw.com
E bmuething@kmklaw.com

James G. Powers
Patrick E. Brookhouser, Jr.
McGrath North Mullin & Kratz, PC LLP
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
E jpowers@mcgrathnorth.com
E pbrookhouser@mcgrathnorth.com

*Counsel for Great American Financial Resource, Inc., and American Financial Group, Inc.*

/s/ Bartholomew L. McLeay