# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH, and UNIVERSAL INVESTMENT SERVICES, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CONTINENTAL GENERAL INSURANCE COMPANY, GREAT AMERICAN FINANCIAL RESOURCE, INC., AMERICAN FINANCIAL GROUP, INC., and CIGNA CORPORATION,<br><br>Defendants. | 8:16CV487<br><br>ORDER OF DISMISSAL OF DEFENDANTS CIGNA CORPORATION AND AMERICAN FINANCIAL GROUP, INC. |

This matter is before the Court on Plaintiffs' Notices of Dismissal, ECF Nos. 47 & 48. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court finds that the Notices should be approved, and that all claims against Defendants Cigna Corporation and American Financial Group, Inc., should be dismissed without prejudice. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiffs' Notice of Dismissal without Prejudice of Defendant Cigna Corporation, ECF No. 47, is approved;

2. Plaintiffs' Notice of Dismissal without Prejudice of Defendant American Financial Group, Inc., ECF No. 48, is approved;

3. All claims against Defendants Cigna Corporation and American Financial Group, Inc. are dismissed without prejudice;

4. The Clerk of the Court is directed to remove Defendants Cigna Corporation and American Financial Group, Inc., from the case caption; and

5. The Court will not assess costs or attorney's fees.

Dated this 19th day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge