IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FASTRICH, ET AL., | § § § § § | |
| Plaintiffs, | § § | |
| vs. | § | CASE NO. 8:16-CV-487 |
| CONTINENTAL GENERAL INSURANCE COMPANY, ET AL. | § § § § | |
| Defendants. | § § § § | |

**JOINT MOTION TO STAY DISCOVERY PENDING THE OUTCOME OF THE PARTIES' SCHEDULED MEDIATION**

The Parties, by their undersigned counsel, respectfully move this Court, pursuant to Fed. R. Civ. P. 26(c), for an order staying discovery with the exception of the issuance of third-party subpoenas pending the resolution of the Parties' mediation currently scheduled on December 8, 2017.

1. The Parties have had preliminary settlement discussions and have scheduled this case for JAMS mediation before Judge Richard Neville in Chicago, IL.

2. The Parties are in the process of exchanging relevant information and believe that process, along with the aid of a mediator, will allow the Parties to value the case on a more objective basis and hope to reach a voluntary resolution to this matter.

3. The Parties request that all discovery, including initial disclosures but not including the issuance of third-party subpoenas, be stayed pending the outcome of mediation. Avoiding the expenses associated with continued litigation of this matter is a substantial factor in the Parties' desire to resolve this case via

- 2 -

mediation and, therefore, staying additional discovery will greatly aid the Parties in resolving this matter.

Wherefore, it is respectfully requested that discovery be stayed pending mediation and that a status conference be scheduled at a time convenient for the Court on or after December 22, 2017 to allow the Parties to update the Court as to the status of their settlement negotiations.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

- 2 -

                        Respectfully submitted,

Dated: October 20, 2017    /s/ Steven H. Brogan
                              Steven H. Brogan *pro hac vice*
                              Steven.brogan@dbr.com
                              Gregory J. Star *pro hac vice*
                              Gregory.star@dbr.com
                              DRINKER BIDDLE AND REATH LLP
                              One Logan Square, Suite 2000
                              Philadelphia, PA 19103
                              Telephone: (215) 988-2700
                              Fax: (215) 988-2757

                              **Attorneys for Defendants**

                              PEIFFER, ROSCA, WOLF,
                              ABDULLAH, CARR & KANE
                              A PROFESSIONAL LAW CORPORATION
                              */s/ Alan Rosca*
                              By: Alan Rosca
                              1422 Euclid Avenue, Suite 1610
                              Cleveland, Ohio 44115
                              Telephone: (216) 570-0097
                              Facsimile: (888) 411-0038
                              E-Mail: arosca@prwlegal.com

                              SHINDLER ANDERSON GOPLERUD &
                              WEESE P.C.
                              J. Barton Goplerud
                              Brian O. Marty
                              5015 Grand Ridge Drive, Suite 100
                              West Des Moines, Iowa 50265
                              Telephone: (515) 223-4567
                              Facsimile: (515) 223-8887
                              E-Mail: goplerud@sagwlaw.com
                                   marty@sagwlaw.com

                              Thomas S. Reavely
                              Whitfield & Eddy, PLC
                              699 Walnut Street, Suite 2000
                              Des Moines, IA 50309
                              Telephone: (515) 246-5519
                              Facsimile: (515) 246-1474
                         E-mail: reavely@whitfieldlaw.com

                              Stephen D. Marso
                              737 Woodland Avenue
                              Suite 400

        West Des Moines, IA  50266
        Telephone: (515) 558-01111
        Facsimile: (515) 222-0318
        E-Mail: marso@whitfieldlaw.com

**Attorneys for Plaintiffs**