IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC., | **8:16CV487** |
| Plaintiffs, | **ORDER** |
| vs. | |
| CONTINENTAL GENERAL INSURANCE COMPANY, | |
| Defendant. | |

This matter is before the Court on the Joint Motion to Extend Stay of Discovery Pending the Outcome of the Parties' Scheduled Mediation (Filing No. 69). The parties have rescheduled JAMS mediation for January 26, 2018, and request that all discovery, excluding the issuance of third-party subpoenas, continue to be stayed pending the outcome of mediation. The parties further request that the Court schedule a status conference on or after February 12, 2018, to update the Court as to the status of their settlement negotiations. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Extend Stay of Discovery Pending the Outcome of the Parties' Scheduled Mediation (Filing No. 69) is granted.
2. Discovery shall continue to be stayed pending the outcome of mediation. This stay shall include a tolling of all time regarding any and all outstanding discovery response period. This stay shall not include the issuance of third-party subpoenas.
3. The parties shall advise the Court of the outcome of mediation on or before **February 12, 2018**. If mediation is unsuccessful, the parties shall contact the undersigned magistrate judge's chambers to schedule a status conference to discuss the status of the parties' settlement negotiations and to further progress the case.
4. The previously scheduled telephone planning conference set for January 19, 2018, at 10:00 a.m., is cancelled.

**Dated** this 20th day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge