IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN FASTRICH and UNIVERSAL INVESTMENT SERVICES, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CONTINENTAL GENERAL INSURANCE COMPANY, <br><br> Defendant. | **8:16CV487** <br><br> **ORDER** |

This matter is before the Court on the Joint Notice of Conditional Settlement and Motion to Stay Proceedings (Filing No. 73). The parties have reached a conditional settlement of this action and the parallel action pending in the Southern District of Ohio, Case No. 17CV615-SJD, contingent upon court approval. Therefore, the parties jointly request that this Court stay all proceedings in this action pending approval of the final settlement. Accordingly,

**IT IS ORDERED:**

1. The Joint Notice of Conditional Settlement and Motion to Stay Proceedings (Filing No. 73) is granted.

2. All proceedings in this case are stayed pending final approval of the class action settlement in the Ohio action, Case No. 17-CV-00615-SJD.

3. Within seven (7) days of obtaining final approval of the class action in the Ohio action, the parties shall file a joint stipulation of dismissal (or other dispositive stipulation) which will fully dispose of this case.

Dated this 6th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge